STATE OF CONNECTICUT *v.* GERALDO TORRES

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 924 (AC 13650), is granted, limited to the following issue:

"Whether, under the circumstances of this case, the Appellate Court was correct in upholding preliminary and final jury instructions on the issue of reasonable doubt which incorporated instructions given to them as prospective jurors during jury selection."

The Supreme Court docket number is SC 15180.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided January 19, 1995

THOMAS GRIECO *v.* CONSERVATION COMMISSION OF THE TOWN OF REDDING ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 14093) is denied.

*Nancy Burton,* in support of the petition.

*Michael N. LaVelle* and *Ted D. Backer,* in opposition.

Decided January 26, 1995

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 282 (AC 11858), is denied.